UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: "THREE CUPS OF TEA"
LITIGATION                                                    MDL No. 2278

## ORDER DEEMING MOTION MOOT

       Before the Panel is a motion by defendant Penguin Group (USA) Inc. seeking centralization, pursuant to 28 U.S.C. § 1407, of the actions on the attached schedule in the Southern District of New York, for coordinated or consolidated pretrial proceedings. The Panel has now been advised that plaintiff in the listed Northern District of Illinois action filed a notice of voluntary dismissal on July 1, 2011, thus depriving this litigation of its multidistrict character.

       IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: "THREE CUPS OF TEA"
LITIGATION                                                                 MDL No. 2278

## SCHEDULE A

<u>Northern District of Illinois</u>

Netter v. Mortenson, et al. C.A. No. 1:11-03915

<u>District of Montana</u>

Reinhart, et al. v. Mortenson, et al., C.A. No. 9:11-00072