John M. Kauffman
KASTING, KAUFFMAN & MERSEN, P.C.
716 S. 20th Ave., Suite #101
Bozeman, Montana 59718
Telephone: (406) 586-4383
Facsimile: (406) 587-7871
jkauffman@kkmlaw.net

Kevin C. Maclay
Todd E. Phillips
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Suite 1100
Washington, DC  20005-5802
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Attorneys for Greg Mortenson and MC Consulting, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION
*******************************

| | |
|---|---|
| MICHELE REINHART and DAN DONOVAN,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>GREG MORTENSON, DAVID OLIVER RELIN, PENGUIN GROUP (USA), INC., and MC CONSULTING, INC.,<br><br>　　　　Defendants. | Cause No. CV-11-72-M-DWM<br><br>Judge: Donald W. Molloy<br><br>**NOTICE OF ACKNOWLEDGEMENT OF *PRO HAC VICE* ADMISSION OF KEVIN C. MACLAY** |

**NOTICE IS HEREBY GIVEN** that Kevin C. Maclay acknowledges his admission *pro hac vice* under the terms set forth in the Court's June 29, 2011 Order [Dkt. No. 21].

| | |
|---|---|
| Dated: July 8, 2011 | Respectfully submitted, |
| | /s/ Kevin C. Maclay<br>Kevin C. Maclay<br>Todd E. Phillips<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW<br>Suite 1100<br>Washington, DC  20005-5802<br>Telephone:  (202) 862-5000<br>Facsimile:  (202) 429-3301<br>kmaclay@capdale.com<br>tphillips@capdale.com |
| | John M. Kauffman<br>KASTING, KAUFFMAN & MERSEN, P.C.<br>716 S. 20th Ave., Suite #101<br>Bozeman, Montana 59718<br>Telephone: (406) 586-4383<br>Facsimile: (406) 587-7871<br>jkauffman@kkmlaw.net |
| | *Attorneys for Greg Mortenson and MC Consulting, Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2011, a copy of the foregoing Notice of Acknowledgement was served on counsel of record by [X] CM/ECF, [ ] Hand Delivery, [ X ] U.S. Mail, [ ] Facsimile:

Alexander (Zander) Blewett, III
Anders Blewett
HOYT & BLEWETT, PLLC
501 Second Avenue North
P.O. Box 2807
Great Falls, MT 59403-2807
zblewett@hoytandblewett.com
ablewett@hoytandblewett.com
*Attorneys for Plaintiff*

Jonathan M. Herman
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
herman.jonathan@dorsey.com

F. Matthew Ralph
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
ralph.matthew@dorsey.com
*Attorneys for Penguin Group (USA) Inc.*

Sonia A. Montalbano
William A. Drew
ELLIOTT, OSTRANDER & PRESTON, P.C.
707 S. W. Washington Street
Suite 1500
Portland, Oregon  927205
sonia@eoplaw.com
bill@eoplaw.com
*Attorneys for David Oliver Relin*

/s/ Kevin C. Maclay
Kevin C. Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Suite 1100
Washington, DC  20005-5802
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301
kmaclay@capdale.com