IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

MICHELE REINHART and    )
DAN DONOVAN,            )        CV 11-72-M-DWM
                        )
        Plaintiffs,     )
                        )
    vs.                 )        ORDER
                        )
GREG MORTENSON, DAVID   )
OLIVER RELIN, PENGUIN   )
GROUP (USA), INC., and MC )
CONSULTING, INC.,       )
                        )
        Defendants.     )
_____ )

Defendant moves for the admission of Jonathan M. Herman to practice before this Court in this case with F. Matthew Ralph to act as local counsel. Mr. Herman's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that the motion to admit Jonathan M. Herman pro hac vice (dkt # 27) is GRANTED on the condition that Mr. Herman shall do his own work. This means that Mr. Herman must do his own

1

writing, sign his own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Mr. Herman may move for the admission pro hac vice of one (1) associate of his firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Herman.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Herman, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 14th day of July, 2011.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT