IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| MICHELE REINHART and DAN DONOVAN, | ) ) ) | CV 11-72-M-DWM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| GREG MORTENSON, DAVID OLIVER RELIN, PENGUIN GROUP (USA), INC., and MC CONSULTING, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

    Plaintiffs move for the admission of Larry D. Drury and Robert A. Langendorf to practice before this Court in this case with Alexander Blewett, III to act as local counsel. The applications of Mr. Drury and Mr. Langendorf appear to be in order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Larry D. Drury *pro hac vice* (dkt #29) and motion to admit Robert A. Langendorf

*pro hac vice* (dkt #30) are GRANTED on the condition that Mr. Drury and Mr. Langendorf shall do their own work.  This means that Mr. Drury and Mr. Langendorf must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Drury and Mr. Langendorf, within fifteen (15) days of the date of this Order, file a notice acknowledging their admission under the terms set forth above.

DATED this 14th day of July, 2011.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT