Alexander (Zander) Blewett, III
Anders Blewett
HOYT & BLEWETT PLLC
501 Second Avenue North
P.O. Box 2807
Great Falls, MT   59403-2807
Phone: (406) 761-1960
Fax: (406) 761-7186
E-mail:  zblewett@hoytandblewett.com
             ablewett@hoytandblewett.com

Larry D. Drury
LARRY D. DRURY, LTD.
100 N. LaSalle Street, Ste. 1010
Chicago, IL   60602
Phone: (312) 346-7950
Fax: (312) 346-5777
E-mail: ldrurylaw@aol.com

Robert A. Langendorf
ROBERT A. LANGENDORF, P.C.
134 N. LaSalle Street, Ste. 1515
Chicago, IL   60602
Phone: (312) 782-5933
Fax: (312) 371-1771
E-mail: rlangendorf@comcast.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

* * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| MICHELE REINHART, DAN DONOVAN, and DEBORAH NETTER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GREG MORTENSON, DAVID OLIVER RELIN, PENGUIN GROUP GROUP (USA), INC., a Delaware Corporation, and MC CONSULTING, INC., a Montana Corporation<br><br>        Defendants. | Cause No.  CV-11-72-M-DWM<br><br>Judge: Donald W. Molloy<br><br>**PLAINTIFFS' MOTION FOR PRESERVATION OF DOCUMENTS** |

* * * * * * * * * * * * * * * * * * * * *

COME NOW the Plaintiffs, MICHELE REINHART, DAN DONOVAN, and DEBORAH NETTER, individually and on behalf of all others similarly situated, by and through their attorneys, Hoyt & Blewett PLLC, Larry D. Drury, Ltd., and Robert A. Langendorf, P.C., and respectfully move this Court to enter an order of preservation of documents in the form attached to our supporting brief, or in some other form as this Court deems appropriate.  This motion has been supported by a brief filed herewith.

Counsel for Defendants Mortenson and MC Consulting have been contacted concerning this motion and object to it.

DATED this 3rd day of August, 2011.

               HOYT & BLEWETT PLLC

               /s/ Alexander Blewett, III
               Alexander (Zander) Blewett, III
               Anders Blewett
               Attorneys for Plaintiffs

//
//
//
//
//
//
//
//
//
//
//
//
//

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of August, 2011, a copy of the foregoing document was served on the following persons by the following means:

```
1,2,3,4,5,6    CM/ECF
_____        Hand Delivery
_____        Mail
_____        Overnight Delivery Service
_____        Fax
   7           E-Mail
```

1. Clerk, U.S. District Court

2. John M. Kauffman
   Kasting, Kauffman & Mersen, P.C.
   716 S. 20th Avenue, Suite 1010
   Bozeman, MT 59718
   Attorneys for Def. Mortenson

3. Kevin C. Maclay
   Todd E. Phillips
   Caplin & Drysdale, Chartered
   One Thomas Circle, NW, Ste. 1100
   Washington, D.C. 20005
   Co-Counsel for Def. Mortenson

4. Jonathan M. Herman
   Dorsey & Whitney LLP
   51 West 52nd Street
   New York, NY 10019-6119
   Attorneys for Def. Penguin

5. F. Matthew Ralph
   Dorsey & Whitney LLP
   Suite 1500, 50 S. Sixth Street
   Minneapolis, MN 55402-1498
   Attorneys for Def. Penguin

6. Charles E. Hansberry
   Elena J. Zlatnik
   Garlington, Lohn & Robinson, PLLP
   P.O. Box 7909
   Missoula, MT 59807-7909
   Attorneys for Def. David OliverRelin

7. Sonia A. Montalbano
   Elliott, Ostrander & Preston, P.C.
   Union Bank of California Tower
   707 SW Washington St., Ste. 1500
   Portland, OR 97205
   Attorneys for Def. David OliverRelin

HOYT & BLEWETT PLLC


    /s/ Alexander Blewett, III
Alexander (Zander) Blewett, III
Anders Blewett
Attorneys for Plaintiffs