Jonathan M. Herman (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY  10019-6119
Phone:  (212) 415-9200
herman.jonathan@dorsey.com

F. Matthew Ralph
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Phone:  (612) 340-2600
ralph.matthew@dorsey.com

*Attorneys for Defendant Penguin Group (USA) Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| MICHELE REINHART, DAN DONOVAN, and DEBORAH NETTER, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> GREG MORTENSON, DAVID OLIVER RELIN, PENGUIN GROUP (USA), INC., a Delaware corporation, and MC CONSULTING, INC., a Montana corporation, <br><br>  Defendants. | Cause No.  CV-11-72-M-DWM <br><br> Judge:  Donald W. Molloy <br><br><br> **PENGUIN GROUP (USA) INC.'S MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY** |

PURSUANT TO RULE 26(c) of the Federal Rules of Civil Procedure, Defendant Penguin Group (USA), Inc. ("Penguin") hereby moves for a protective order to stay discovery pending the final determination of Penguin's Rule 12(b)(6) motion (or motions) to dismiss Plaintiffs' claims with prejudice.  Specifically,

Penguin asks that the Court stay discovery until such time as the Court may rule that Plaintiffs have stated viable claims by denying Penguin's Rule 12(b)(6) challenges as to any of Plaintiffs' claims.[1]

This motion is supported by a brief and declaration filed herewith. Pursuant to Local Rules 7.1(c)(1) and 26.3(c)(2), counsel for Penguin contacted counsel for Plaintiffs on August 3, 2011 to confer in good faith about whether Plaintiffs would agree to a stay of discovery. Counsel for Plaintiffs declined to agree to such a stay, and they will oppose this motion.

DATED:  August 8, 2011           DORSEY & WHITNEY LLP

                                             s/ F. Matthew Ralph
                                            Jonathan M. Herman (admitted *pro hac vice*)
                                            F. Matthew Ralph

                                            *Attorneys for Defendant*
                                            *Penguin Group (USA) Inc.*

---

[1] If Penguin's pending motion to dismiss is granted, and the Third Amended Complaint is dismissed as to Penguin with prejudice, no discovery would be required. If Penguin's pending motion to dismiss is denied as to any of Plaintiffs' claims, then discovery should be allowed to proceed. But if Penguin's pending motion were granted, but without prejudice to replead, then Penguin could bring another motion under Rule 12(b)(6) to dismiss any further amended complaint. Penguin requests that the Court stay discovery until such time as Penguin's Rule 12(b)(6) challenges to Plaintiffs' pleadings are ultimately denied, if ever, as to any of Plaintiffs' claims.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 8, 2011, I caused a copy of the foregoing **Penguin Group (USA) Inc.'s Motion for Protective Order Staying Discovery** to be served on the following persons by the following means:

| | |
|---|---|
| 1,2,3,5,6,7 | CM/ECF |
| | Hand Delivery |
| | Mail |
| | Overnight Delivery Service |
| | Fax |
| 4,8 | E-Mail |

1. Clerk, U.S. District Court

2. Alexander (Zander) Blewett, III, Esq.
   Anders Blewett, Esq.
   Hoyt & Blewett PLLC
   P.O. Box 2807
   Great Falls, MT 59403-2807
   zblewett@hoytandblewett.com;
   ablewett@hoytandblewett.com
   kathys@hoytandblewett.com;
   jerij@hoytandblewett.com

   *Attorneys for Plaintiffs*

3. Larry D. Drury
   Larry D. Drury, Ltd.
   100 N. LaSalle Street, Suite 1010
   Chicago, IL  60602
   ldrurylaw@aol.com

   *Attorneys for Plaintiffs*

4. Robert A. Langendorf
   Robert A. Langendorf, P.C.
   134 N. LaSalle Street, Suite 1515
   Chicago, IL  60602
   rlangendorf@comcast.net

   *Attorneys for Plaintiffs*

5. John M. Kauffman, Esq.
   Kasting, Kauffman & Mersen, P.C.
   716 South 20th Avenue, Ste 101
   Bozeman, MT 59718
   jkauffman@kkmlaw.net;
   jmersen@kkmlaw.net;
   JThomas@kkmlaw.net

   *Attorneys for Defendant Mortenson*

6. Kevin C. Maclay, Esq.
   Todd E. Phillips, Esq.
   Caplin & Drysdale, Chartered
   One Thomas Circle, NW, Suite 1100
   Washington, DC  20005-5802
   kmaclay@capdale.com
   tphillips@capdale.com

   *Co-Counsel for Defendant Mortenson*

| | | | |
|---|---|---|---|
| 7. | Charles E. Hansberry<br>Elena J. Zlatnik<br>Garlington, Lohn & Robinson, PLLP<br>P.O. Box 7909<br>Missoula, MT  59807-7909<br>cehansberry@garlington.com;<br>ejzlatnik@garlington.com<br>ammiller@garlington.com;<br>rlkjelsrud@garlington.com;<br>kawalker@garlington.com<br>usdcfiling@garlington.com | 8. | Sonia A. Montalbano<br>Elliott, Ostrander & Preston, P.C.<br>Union Bank of California Tower<br>707 SW Washington St., Suite 1500<br>Portland, OR  97205<br>sonia@eoplaw.com |
| | *Attorneys for Defendant Relin* | | *Co-Counsel for Defendant Relin* |

Dated:  August 8, 2011         s/ F. Matthew Ralph
                               F. Matthew Ralph

                               Attorney for Defendant Penguin Group (USA) Inc.