Charles E. Hansberry
Elena J. Zlatnik
GARLINGTON, LOHN
      & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
cehansberry@garlington.com
ejzlatnik@garlington.com

Sonia Montablano
Elliott, Ostrander & Preston, P.C
707 SW Washington Street, Suite 1500
Portland, Oregon 97205
Telephone (503) 224-7112
Telefax (503) 224-7819
Sonia@eoplaw.com

Attorneys for David Oliver Relin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELE REINHART, DAN DONOVAN, and DEBORAH NETTER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>        v.<br><br>GREG MORTENSON, DAVID OLIVER RELIN, PENGUIN GROUP (USA), INC., a Delaware Corporation, and MC CONSULTING, INC., a Montana Corporation,<br><br>                Defendants. | Cause No. CV-11-72-M-DWM<br><br><br><br>DEFENDANT DAVID OLIVER RELIN'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT |

COMES NOW the Defendant, David Oliver Relin, by and through his attorneys, Elliott, Ostrander & Preston, PC and Garlingon, Lohn & Robinson, PLLP, and respectfully moves this Court to enter an order dismissing the Plaintiffs' Third Amended Complaint, with prejudice.  This motion has been supported by the memorandum filed herewith.

Counsel for the Plaintiffs have been contacted about this motion, but have not responded.  Based upon Plaintiffs' objection to the Motions to Dismiss filed by the other Defendants in this matter, Defendant Relin presumes Plaintiffs object to this motion.

DATED this 8th day of August, 2011.

    /s/   Charles E. Hansberry
Attorneys for David Oliver Relin

    /s/   Sonia A. Montalbano
Attorneys for David Oliver Relin