## UNITED STATES DISTRICT COURT

### DISTRICT OF MONTANA

### MISSOULA DIVISION

| | | |
|---|---|---|
| GEORGE and SUSIE PFAU, et al. | ) | CV 11-72-M-SEH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| GREG MORTENSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
the Complaint is DISMISSED WITH PREJUDICE.

Dated this 30th day of April, 2012.

PATRICK E. DUFFY, CLERK

By: /s/ A.S. Goodwin
Deputy Clerk